**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| LARRY FLENOID, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:23-CV-264 CDP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent, ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on movant Larry Flenoid's motion for reconsideration of the dismissal of his "Motion Pursuant 'Ends of Justice' And 'Miscarriage of Justice' Doctrines Seeking to Have the District Court Adjudicate the Below Listed Question[s] Pertaining to Federal Law," which the Court construed as a successive 28 U.S.C. § 2255 motion to vacate, dismiss or set aside sentence. After reviewing the grounds raised by movant, the Court will decline to alter or amend its judgment. The Court concludes that movant's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion merely revisits the arguments raised in his initial filing. Movant is therefore not entitled to reconsideration of the dismissal of his § 2255 motion, and his motion for reconsideration will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for reconsideration [ECF No. 4] is **DENIED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of March, 2023.

2